IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-01566-MSK

MAMIE FRANCIS RITTER,

    Plaintiff,

v

SSC GREELEY CENTENNIAL OPERATING CO., L.L.C., doing business as Centennial Health Care Center;
SSC GREELEY KENTON OPERATING CO., LLC, also doing business as Centennial Health Care Center;
CENTENNIAL HEALTHCARE PROPERTIES, LLC, also doing business as Centennial Health Care Center;
SSC SUBMASTER HOLDINGS L.L.C., doing business as Centennial Health Care Center;
SSC EQUITY HOLDINGS L.L.C., doing business as Centennial Health Care Center;
SAVASENIORCARE, L.L.C., doing business as Centennial Health Care Center;
SAVASENIORCARE ADMINISTRATIVE SERVICES, L.L.C., doing business as Centennial Health Care Center;
SVCARE HOLDINGS, L.L.C., doing business as Centennial Health Care Center; and
CANYON SUDAR PARTNERS, L.L.C., doing business as Centennial Health Care Center,

    Defendants.
_____

## ORDER REMANDING CASE
_____

    THIS MATTER comes before the Court *sua sponte*.

    The Plaintiff commenced this action in the Weld County District Court. The Plaintiff's Complaint alleges that because of the defendants' negligence, the defendants are liable for injuries damages, and losses of Plaintiff. In the Notice of Removal, the Defendants assert that this Court can exercise jurisdiction based upon diversity pursuant to 28 U.S.C.§ 1332.

    In her Complaint, the Plaintif did not request any particular monetary relief. The Defendants contend that the requisite amount in controversy is established solely by the

Plaintiff's election in the mandatory Colorado Civil Cover Sheet stating: "This party is seeking a monetary judgment for more than $100,000 against another party, including any attorney fees, penalties or punitive damages, but excluding interest and costs[.]"

In accordance with the analysis set forth in *Baker v. Sears Holding Corp.*, 2007 WL 2908434 (D.Colo. 2007) (slip op.) (copy attached hereto), there has been an insufficient showing of the requisite amount in controversy to establish diversity jurisdiction. Accordingly, the action must be remanded to the State Court. *See* 28 U.S.C. § 1447(c).

**IT IS THEREFORE ORDERED** that this action is **REMANDED** to the Weld County District Court.

DATED this 28th day of July, 2008.

BY THE COURT:

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Judge